429 A.2d 735

Commonwealth v. Lee, Appellant.

Submitted March 21, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J. filed a memorandum dissenting statement.